UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| DOSS, CHARLES B | § | Case No. 07-19626 MB |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/05/2011 in Courtroom 250,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
DOSS, CHARLES B § Case No. 07-19626 MB
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 280,005.04 |
| and approved disbursements of | $ | 268,136.10 |
| leaving a balance on hand of[1] | $ | 11,868.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 17,250.25 | $ 0.00 | $ 9,858.84 |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ 1,743.10 | $ 0.00 | $ 1,743.10 |
| Accountant for Trustee Expenses: Alan D. Lasko, CPA | $ 17.00 | $ 0.00 | $ 17.00 |
| Charges: Clerk of the United States | $ 250.00 | $ 0.00 | $ 250.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,868.94 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,829.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9B | Illinois Department of Revenue | $ 2,138.96 | $ 0.00 | $ 0.00 |
| 10B | Internal Revenue Service | $ 6,690.65 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors         $         0.00

Remaining Balance         $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 213,292.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CHASE BANK USA | $ 38,878.91 | $ 0.00 | $ 0.00 |
| 4 | Geneva Christina LLC | $ 110,658.77 | $ 0.00 | $ 0.00 |
| 5 | Climate Control | $ 110.00 | $ 0.00 | $ 0.00 |
| 6 | Bob & Gloria Vermaat | $ 11,890.00 | $ 0.00 | $ 0.00 |
| 7 | Jetnett Corporation | $ 1,587.00 | $ 0.00 | $ 0.00 |
| 8 | American Express Centurion Bank | $ 6,553.80 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9A | Illinois Department of Revenue | $ 43,613.96 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 267,767.04 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9C | Illinois Department of Revenue | $ 7,396.18 | $ 0.00 | $ 0.00 |
| 10C | Internal Revenue Service | $ 260,370.86 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/ Thoma E. Springer /s/

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 07-19626-MB
Charles B Doss                                                  Chapter 7
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch              Page 1 of 2              Date Rcvd: Apr 08, 2011
                              Form ID: pdf006           Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2011.
```
db           +Charles B Doss,    33 Winthrop New Road,    Sugar Grove, IL 60554-4141
aty          +C David Ward,    Illini Legal Services Chartered,    2756 Route 34,    Oswego, IL 60543-8301
aty          +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
aty          +Michele M Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
11697039      Advanced Internet Development Group,    940 Esat Oak Street,    Lake In The Hills, IL  60156
11697040     +AlignMark, Inc.,    1057 Maitland Center Commons Blvd.,    Maitland, FL 32751-7433
11697041     +American Bank & Trust,    2580 Foxfield Road,    St. Charles, IL 60174-1403
11697042     +American Express Centurion Bank,    P. O. Box 3001,    Malvern , PA 19355-0701
12150447      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11697043     +B & E Marine,Inc.,    P. O. Box M,    Michigan City, IN 46361-0330
11697044     +Bob & Gloria Vermaat,    C/O Terry Goodyear,    23 Sedgwick Road,    Oswego, IL 60543-8907
12006922     +Bob & Gloria Vermmat,    c/o Peter N. Metrou,    123 W. Washington Street,    Suite 216,
               Oswego, Illinois 60543-8298
11697038     +C David Ward,    1700 N Farnsworth Ave  Suite 11,    Aurora, IL 60505-1186
11990464     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11697046    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     P. O. Box 2993,    Milwaukee, WI  48326)
11697045     +Chase,    Mailstop DE1-1027,    201 North Walnut Street,    Wilmington, DE 19801-2920
11697047     +CitiCards,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
11697048     +Climate Control,    9503 Gulfsteam Road,    Frankfort, IL 60423-2536
11697037     +Doss Charles B,    33 Winthrop New Road,    Sugar Grove, IL 60554-4141
11697049     +Fifth Third Bank,    P. O. Box 2306,    Cincinnati, OH 45201-2306
11697050     +Geneva Christina LLC,    Location Finders,    9440 Enterprise Drive,    Mokena, IL 60448-8321
11697051     +Gooder Group,    2724 Dorr, Suit E103,    Fairfax, VA 22031-4900
12604225    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
               100 West Randolph Street  Level 7-425,    Chicago, Illinois  60601)
15090106    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,     P.O. Box 21126  STOP N781,
               Philadelphia, PA 19114)
11697053     +Jetnett Corporation,    701 Watson Avenue, Suite 102,    Madison, WI 53713-4660
11697054     +Kane County Treasurer,    719 South Batavia Avenue,    Geneva, IL 60134-3000
11697055     +M&D Cleaning Services,    P. O. Box 185,    Oswego, IL 60543-0185
11697056     +Mueller & Co.,    2230 Point Boulevard, Suite 700,    Elgin, IL 60123-9205
11707941     +NATIONAL CITY MORTGAGE CO.,    A Subsidiary of National City Bank,    3232 NEWMARK DRIVE,
               MIAMISBURG, OH 45342-5421
11697057     +National City Mortgage Co.,    3232 Nemark Drive,    Miamisburg, OH 45342-5421
11697058     +Progressive Business Compliance,    P. O. Box 3014,    Malvertn, PA 19355-0714
11697059     +Real Estate.Com,    Lending Tree.Com,    11215 Rushmore Drive,    Charlotte, NC 28277-3439
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11697052     +E-mail/Text: tomn@homegain.com Apr 08 2011 22:22:20      HomeGain, Inc.,
               1250 45th Street, Suite 200,    Emeryville, GA 94608-2964
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lhatch              Page 2 of 2            Date Rcvd: Apr 08, 2011
                              Form ID: pdf006          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2011**                          **Signature:** _/s/ Joseph Speetjens_